# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 16-2951 MRW | Date | July 5, 2016 |
| Title | Zare v. Radel | | |

Present: The Honorable  Michael R. Wilner

| Veronica McKamie | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None present | None present |

**Proceedings:**  ORDER TO SHOW CAUSE RE: DISMISSAL OF CIVIL ACTION

    Plaintiff filed this civil action on April 29, 2016. The case was randomly assigned to Judge Wilner through the Court's Magistrate Judge Direct Assignment Program. The Court issued an order on May 27, 2016 instructing Plaintiff to promptly serve the complaint on the named defendant(s) and file a proof of service with the Court. The Court's order also required Plaintiff to file a report regarding the status of the action.

    To date, Plaintiff has neither served the complaint nor filed the required report as ordered by the Court. The Court is aware that Plaintiff purported to mail the complaint to the government before filing it with the Court. (Docket # 1 at 13.) However, the Court takes no position as to whether that mailing is adequate to comply with the government service rule under Federal Rule of Civil Procedure 4.

    Therefore, Plaintiff is ORDERED to show cause why the action should not be dismissed under Federal Rules of Civil Procedure 4 and 41 for failure to prosecute. Plaintiff may discharge this order by filing a statement regarding the status of the action (not to exceed 3 pages) plus proof of service of process by or before July 15, 2016.