Jennifer Rozdzielski, CA Bar #273260
The Law Offices of Carl Shusterman
600 Wilshire Blvd., Suite 1550
Los Angeles, CA 90017
Telephone: (213) 623-4592
Facsimile: (213) 623-3720
E-mail: jennifer@shusterman.com
Attorney for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT
September 8, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CR___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ELHAM ZARE,

    Plaintiff

v.

DAVID RADEL, Los Angeles Asylum Office Director,

JOSEPH LANGLOIS, Associate Director of Refugee, Asylum and International Operations,

LEON RODRIGUEZ, USCIS Director,

    Defendants

Case No.: 2:16-cv-02951-SVW-AGR

Ctrm: 6, Spring Street Courthouse

[Hon. Stephen V. Wilson]

**ORDER FOR STIPULATION TO DISMISS**

Pursuant to stipulation, IT IS ORDERED that Plaintiff's stipulation to dismiss dated September 7, 2016 be granted.

DATED: September 8, 2016

_____
UNITED STATES DISTRICT JUDGE

- 1 -